**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br>MDL 2641<br><br>**MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint in MDL No. 2641 by reference (Doc 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   _____

7. District Court and Division in which venue would be proper absent direct filing:

   _____

8. Defendants (check Defendants against whom Complaint is made):

   ☐   C.R. Bard Inc.

   ☐   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☐   Diversity of Citizenship

   ☐   Other: _____

   a.   Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (check applicable Inferior Vena Cava Filter(s)):

   ☐   Recovery® Vena Cava Filter

   ☐   G2® Vena Cava Filter

   ☐   G2® Express (G2®X) Vena Cava Filter

   ☐   Eclipse® Vena Cava Filter

   ☐   Meridian® Vena Cava Filter

  ☐  Denali® Vena Cava Filter

  ☐  Other: _____

11. Date of Implantation as to each product:

_____

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

  ☐  Count I:  Strict Products Liability – Manufacturing Defect

  ☐  Count II:  Strict Products Liability – Information Defect (Failure to Warn)

  ☐  Count III:  Strict Products Liability – Design Defect

  ☐  Count IV:  Negligence - Design

  ☐  Count V:  Negligence - Manufacture

  ☐  Count VI:  Negligence – Failure to Recall/Retrofit

  ☐  Count VII:  Negligence – Failure to Warn

  ☐  Count VIII:  Negligent Misrepresentation

  ☐  Count IX:  Negligence *Pro Se*

  ☐  Count X:  Breach of Express Warranty

  ☐  Count XI:  Breach of Implied Warranty

  ☐  Count XII:  Fraudulent Misrepresentation

  ☐  Count XIII:  Fraudulent Concealment

  ☐  Count XIV:  Violations of Applicable _____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

  ☐  Count XV:  Loss of Consortium

☐   Count XVI:   Wrongful Death

☐   Count XVII:   Survival

☐   Punitive Damages

☐   Other(s):   _____   (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

RESPECTFULLY SUBMITTED this _____ day of _____, 201____.

**MURPHY LAW FIRM, LLC**

*/s/ Peyton P. Murphy*
PEYTON P. MURPHY (LA Bar #22125)
(admitted *pro hac vice*)
2354 S. Acadian Thruway
Baton Rouge, LA  70808
Telephone: (225) 928-8800
Facsimile: (225) 246-8780
Email: Peyton@MurphyLawFirm.com

TODD C. COMEAUX (LA Bar #23453)
TODD C. COMEAUX, LLC.
4880 Bluebonnet Boulevard, Suite A
Baton Rouge, LA  70809
Telephone: (225) 706-9000
Facsimile: (225) 706-9001
Email: TC@ComeauxLawFirm.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify on this _____ day of _____, 201\_\_\_\_, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Peyton P. Murphy*
Peyton P. Murphy (LA Bar #22125)